## UNITED STATES of America, Plaintiff–Appellee,

v.

## Shawn Leondo BARR, a.k.a. Bloc, Defendant–Appellant.

No. 07–11539

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 27, 2007.

Clyde M. Taylor, Jr., Tallahassee, FL, for Defendant–Appellant.

Michael Thomas Simpson, U.S. Attorney's Office, Northern District of Florida,

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Clyde M. Taylor, Jr., retained counsel for Shawn Leondo Barr, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Barr's conviction and sentence are **AFFIRMED.**